UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>EDDIE BAHARIANS, an individual; STELLA MATAVOUSIAN, an individual; PERRY COOPER and SHARI COOPER, individually and as trustees of THE COOPER FAMILY TRUST dated FEBRUARY 10, 2009; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No. 2:21-cv-03261-SB-PVC<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Shayler ("Plaintiff") and Stella Matavousian, Perry Cooper And Shari Cooper, ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 23, 2021



_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE